UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES ELLARD,

    Petitioner,

v.                                                           CASE NO. 3:20cv5520-MCR-EMT

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Respondent.
_____/

**O R D E R**

The chief magistrate judge issued a Report and Recommendation on March 26, 2021.  ECF No. 15.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this Order.

2. The amended habeas petition, ECF No. 7, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 29th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**